Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAIME BLACK,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, EX REL. NEVADA GAMING CONTROL BOARD,<br><br>    Defendant. | Case No.: 3:24-cv-00414-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Jaime Black ("Plaintiff") and Defendant State of Nevada, ex rel. Nevada Gaming Control Board ("Defendant") hereby requests a three-week extension of time, up to and including June 4, 2025, for Plaintiff to file her response to Defendant's Motion to Dismiss (ECF. No. 33). The present deadline for Plaintiff to file her response is May 14, 2025.

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST) - 1

Plaintiff respectfully requests this extension as the office has a relatively heavy calendar and deadlines in the coming weeks. This request is not for the purpose of delay. Therefore, the parties respectfully request a three-week extension of time, up to and including June 4, 2025, for Plaintiff to file her response to Defendant's Motion to Dismiss.

| | |
|---|---|
| DATED this 7th day of May, 2025.<br>MARK MAUSERT LAW OFFICE | DATED this 7th day of May, 2025.<br>OFFICE OF THE ATTORNEY GENERAL |
| By: /s/ Mark Mausert<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512 | By: /s/ Kyle Hoyt<br>SABRENA K. CLINTON<br>KYLE J. HOYT<br>1 State of Nevada Way, Suite 100<br>Las Vegas, Nevada 89119 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 8, 2025

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST) - 2